IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA )
    vs. ) CASE NUMBER: 1:20CR060
JORDAN LOGAN )

### PRELIMINARY MOTION TO SUPPRESS AND AUTHORITY THEREFOR

**COMES NOW** Defendant, pursuant to Fed.R.Crim.P.12(b)(3) and 41(f), and moves this Court for entry of an order suppressing all evidence, substances, tangible items, including any statements made by the Defendant to government agents and any oral or wire communications intercepted illegally by wiretap or other electronic device, which was obtained in violation of the Defendant's Fourth, Fifth or Sixth Amendment rights, or in contravention of 18 U.S.C. Section 2510 et seq.

Since discovery and defense investigation are still ongoing and incomplete, the Defendant files this motion in general form to preserve his right to challenge the legality of any seizure of evidence that the government might introduce at trial.

**WHEREFORE,** the Defendant prays:

(1)

That the Defendant be permitted to supplement this motion when more facts become known;

(2)

That this Court hold an evidentiary hearing after the supplemental motion has been filed.

(3)

That the Defendant be permitted to file a brief after said hearing; and

(4)

That this Court suppress all evidence obtained in violation of the Defendant's Fourth or Fifth Amendment rights or in contravention of 18 U.S.C. Section 2510 et seq.

This 13TH day of August, 2020.

    s/Robert I. Sussman
ATTORNEY FOR DEFENDANT

347 GREENE STREET
AUGUSTA, GA 30901
(706) 724-3331
GA BAR NO: 594408

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing document has been served on Tara Lyons, U.S. Attorney's Office, P.O. Box 2017, Augusta, GA 30903 by electronic filing.

    This 19th day of August, 2020.

                                          s/Robert I. Sussman
                                        ATTORNEY FOR DEFENDANT

347 GREENE STREET
AUGUSTA, GA 30901
(706) 724-3331
GA BAR NO: 594408